IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| SANTANDER CONSUMER USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL RAY THOMAS, *et al.*, | ) | Cause No. 13-469 |
| | ) | |
| Defendants/Third-party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PAR, INC., *et al.*, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Third-party Defendants. | ) | |

**PAR, INC.'S MOTION TO PASS FOR SETTLEMENT**

COMES NOW PAR, Inc. ("PAR"), for its Motion to Pass for Settlement, and states:

1. Plaintiffs Michael Ray Thomas and Kathryn Thomas have reached a tentative settlement with Defendants Santander Consumer USA, Inc., PAR, Inc., Atlas Creditor Services, LLC, Julia Carr, and Charles Ledbetter.

2. PAR, Inc. requests that this case be continued for 60 days to allow the parties to conclude the above-referenced settlement.

3. PAR, Inc. believes that claims between and among Defendants are also likely to resolve in the next 60 days.

4. There is presently pending before this Court the Thomases' Motion to Remand. The above-referenced settlement will make the Motion to Remand moot.

WHEREFORE, PAR, Inc. prays this Court to continue this case for 60 days so that Defendants can conclude their settlement with the Thomases, and so that the Defendants have

time to attempt to resolve any disputes between them, and for any other relief this Court deems just and proper.

>HUSCH BLACKWELL LLP
>
>  /s/ Fredrick J. Ludwig
> Fredrick J. Ludwig, #49678
> 190 Carondelet Plaza, Suite 600
> St. Louis, Missouri  63105
> 314-345-6222
> 314-480-1505 (fax)
> fredrick.ludwig@huschblackwell.com
> *Attorneys for PAR, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the forgoing was served upon all parties of record via this Court's Electronic Filing System this 19th day of August, 2013.

>  /s/ Fredrick J. Ludwig